**Appeal Dismissed and Memorandum Opinion filed November 25, 2014.**



In The

# Fourteenth Court of Appeals

———

## NO. 14-14-00582-CV

———

### GERMAINE JAMES, Appellant

### V.

### JOSE AGUILERA, Appellee

**On Appeal from the Co Civil Ct at Law No 2
Harris County, Texas
Trial Court Cause No. 1048608**

## M E M O R A N D U M   O P I N I O N

This attempted appeal is from an interlocutory order signed by the trial court on July 15, 2014, sustaining a contest to an affidavit of indigence filed by appellant. On August 28, 2014, we directed the Harris County District Clerk to file a partial clerk's record in order that we might determine our jurisdiction. The record has been filed and there is no final appealable judgment. *See Kilsby v. Mid-Century Ins. Co. of Tex.,* No. 14-07-00981-CV, 2008 WL 889428 (Tex. App.–

Houston [14th Dist.] Apr. 3, 2008, no pet.) (memo op.) (dismissing appeal of interlocutory order sustaining challenge to affidavit of inability to pay costs).

On September 25, 2014, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). In response, appellant filed a Motion to Continue Appeal and an Amended Motion to Continue Appeal. Appellant has not demonstrated that this Court has jurisdiction to entertain the appeal. Accordingly, appellant's motions are denied and the appeal is ordered dismissed.

Further, we deny as moot appellee's motion to dismiss the appeal on another basis.

PER CURIAM

Panel consists of Justices McCally, Brown and Wise.